MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ANDREW W. NOBLE (State Bar No. 245993)
awn@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Wells Fargo Bank N.A., Wells Fargo Home
Mortgage, and Wells Fargo Home Equity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MICHAEL HOCKETT and JENNIFER HOCKETT,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE, and WELLS FARGO HOME EQUITY,<br><br>　　　　Defendants. | Case No.:  1:08 CV 01097-AWI-DLB<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES**<br><br>Courtroom:　#9<br>Judge:　　　Dennis L. Beck<br>　　　　　　Magistrate Judge<br><br><br>Trial Date:　None Set |

GOOD CAUSE APPEARING, the pre-trial cut-off dates are continued to the following dates::

| | |
|---|---|
| Non-Expert Discovery: | 6/24/2009 |
| Expert Discovery: | 7/29/2009 |
| Non-Dispositive Motions due by: | 7/27/2009 |
| Hearing on Non-Dispositive Motions: | 8/19/2009 |
| Dispositive Motion due by: | 7/29/2009 |
| Hearing on Dispositive Motions: | 8/31/2009 |
| Pretrial Conference: | 10/7/2009 |
| Jury Trial set for: | 11/17/2009 |

IT IS SO ORDERED.

DATED: 22 April 2009 \_\_/s/ *Dennis L. Beck*_____
U.S. Magistrate Judge