1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  ANDREW W. NOBLE (State Bar No. 245993)
   awn@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendants
8  First American Loan Star Trustee Services,
   LLC, Wells Fargo Bank N.A., Wells Fargo
9  Home Mortgage, and Wells Fargo Home
   Equity
10

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13
                          FRESNO DIVISION
14

15

| MICHAEL HOCKETT and JENNIFER HOCKETT, | Case No.: 1:08CV01097-AWI-DLB |
|---|---|
| Plaintiffs, | **ORDER CONTINUING PRE-TRIAL DEADLINES** |
| vs. | Courtroom: #9<br>Judge:    Dennis L. Beck<br>          Magistrate Judge |
| FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE, and WELLS FARGO HOME EQUITY, | |
| Defendants. | Trial Date:  November 16, 2009 |

1  GOOD CAUSE APPEARING, the pre-trial cut-off dates are continued to the following
2  dates:
3      Non-Expert Discovery:    7/24/2009
4      Expert Discovery:    8/12/2009
5      Non-Dispositive Motions due by:    8/10/2009
6      Hearing on Non-Dispositive Motions:    8/19/2009
7      Dispositive Motion due by:    8/12/2009
8      Hearing on Dispositive Motions:    8/31/2009
9      Pretrial Conference:    10/7/2009 at 8:30 before Judge Ishii
10     Jury Trial set for:    11/17/2009 at 9:00 before Judge Ishii
11     IT IS SO ORDERED.
12 DATED:  19 June 2009    /s/ Dennis L. Beck, U.S. Magistrate Judge

07685/0184/739562.1