MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ANDREW W. NOBLE (State Bar No. 245993)
awn@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
First American Loan Star Trustee Services, LLC, Wells Fargo Bank N.A., Wells Fargo Home Mortgage, and Wells Fargo Home Equity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL HOCKETT and JENNIFER HOCKETT,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE, and WELLS FARGO HOME EQUITY,<br><br>            Defendants. | Case No.:  1:08CV01097-AWI-DLB<br><br>**ORDER CONTINUING PRE-TRIAL DEADLINES AND CONTINUING DATE OF TRIAL**<br><br>Courtroom:    #9<br>Judge:           Dennis L. Beck<br>                     Magistrate Judge<br><br><br>Trial Date:  November 16, 2009 |

1   GOOD CAUSE APPEARING, the pre-trial cut-off dates along with the date of the
2  pretrial conference and the date of the jury trial are continued to the following dates:

3   Settlement Conference:            9/2/2009 at 11:00 am before
4                                      Magistrate Judge Beck
5   Non-Expert Discovery:             9/24/2009
6   Expert Disclosure:                10/1/2009
7   Non-Dispositive Motions due by:   10/15/2009
8   Hearing on Non-Dispositive Motions: 11/16/2009
9   Dispositive Motions due by:       10/22/2009
10  Hearing on Dispositive Motions:   11/23/2009
11  Pretrial Conference:              12/16/2009 at 8:30 am before Judge Ishii
12  Jury Trial:                       2/2/2010 at 9:00 am before Judge Ishii

15  IT IS SO ORDERED.

16  Dated:   **August 7, 2009**              /s/ Dennis L. Beck
17                                      UNITED STATES MAGISTRATE JUDGE

- 1 -

07685/0184/739562.2           [Proposed] Order Continuing Pre-Trial Deadlines and Date of Trial
                                           Case No.:  1:08 CV 010197-AWI-DLB