1 | MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
2 | SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
3 | ADIL HAQ (State Bar No. 255435)
ah@severson.com
4 | SEVERSON & WERSON
A Professional Corporation
5 | One Embarcadero Center, Suite 2600
San Francisco, CA  94111
6 | Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
7
Attorneys for Defendants
8 | Wells Fargo Bank N.A., Wells Fargo Home
Mortgage, and Wells Fargo Home Equity
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MICHAEL HOCKETT and JENNIFER HOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE, and WELLS FARGO HOME EQUITY,<br><br>Defendants. | Case No.:  1:08 CV 01097-AWI-DLB<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES**<br><br>Courtroom:   #9<br>Judge:        Dennis L. Beck<br>              Magistrate Judge<br><br><br>Trial Date:    None Set |

07685/0184/725293.2                                    [Proposed] Order Continuing Pre-Trial Deadlines
                                                        Case No.:  1:08 CV 01097-AWI-DLB

| | | |
|---|---|---|
| 1 | GOOD CAUSE APPEARING, the pre-trial cut-off dates are continued to the following | |
| 2 | dates:: | |
| 3 | Non-Expert Discovery: | 11/6/2009 |
| 4 | Expert Discovery: | 12/7/2009 |
| 5 | Hearing on Non-Dispositive Motions: | 11/20/2009 |
| 6 | Hearing on Dispositive Motions: | 12/14/2009 |
| 7 | Pretrial Conference: | 1/12/2010 at 8:30 am before Judge Ishii |
| 8 | Jury Trial (unchanged): | 2/2/2010 at 9:00 am before Judge Ishii |

IT IS SO ORDERED.

Dated:   **September 8, 2009**            /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

-1-

07685/0184/725293.2                                   [Proposed] Order Continuing Pre-Trial Deadlines
                                                         Case No. 1:08 CV 01097-AWI-DLB