MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ADIL HAQ (State Bar No. 255435)
ah@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Wells Fargo Bank N.A., Wells Fargo Home Mortgage, and Wells Fargo Home Equity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MICHAEL HOCKETT and JENNIFER HOCKETT,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE, and WELLS FARGO HOME EQUITY,<br><br>            Defendants. | Case No.:  1:08 CV 01097-AWI-DLB<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES**<br><br>Courtroom:    #9<br>Judge:            Dennis L. Beck<br>                       Magistrate Judge<br><br><br>Trial Date:     None Set |

07685/0184/725293.2                                                       [Proposed] Order Continuing Pre-Trial Deadlines
                                                                                         Case No.:  1:08 CV 01097-AWI-DLB

GOOD CAUSE APPEARING, the pre-trial cut-off dates are continued to the following dates::

| | |
|---|---|
| Non-Expert Discovery: | 11/6/2009 |
| Expert Discovery: | 12/7/2009 |
| Hearing on Non-Dispositive Motions: | 11/20/2009 |
| Hearing on Dispositive Motions: | 12/14/2009 |
| Pretrial Conference: | 1/12/2010 |
| Jury Trial (unchanged): | 2/2/2010 at 9:00 am before Judge Ishii |

IT IS SO ORDERED.

Dated: **October 28, 2009**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

-1-