Michael D. Macomber   (SBN: 106011)
Law Offices of Michael D. Macomber
316 S. Stewart Street  #3
Sonora, California  95370
Ph:  (209) 536-9271
Fax: (209) 536-9571
mick@macomberlaw.net

Attorney for Plaintiffs:
MICHAEL HOCKETT and JENNIFER HOCKETT

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHAEL HOCKETT and JENNIFER HOCKETT<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, et al,<br><br>Defendants.<br>_____/ | CASE NO.:   1:08CV01097-AWI-DLB<br><br>**ORDER CONTINUING STATUS/SETTLEMENT CONFERENCE**<br><br>Courtroom:   #9<br><br>Judge:   Dennis L. Beck<br>         Magistrate Judge |

GOOD CAUSE APPEARING, the Status/Settlement Conference previously scheduled for January 28, 2010 at 10:00 a.m. in Courtroom #9 of this court is continued to February 11, 2010 at 10:00 a.m. in Courtroom #9.

IT IS SO ORDERED.

Dated:   **January 15, 2010**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE